[No. 25029-6-III.   Division Three.   May 1, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. GLEN E. LLEWELLYN, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 05-1-00516-2, M. Scott Wolfram, J. Pro Tem., entered February 28, 2006. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Kulik, J.

[No. 25133-1-III.   Division Three.   May 1, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. J.M., *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-8-01613-9, Gregory D. Sypolt, J., entered March 28, 2006. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Schultheis, A.C.J., and Kato, J. Pro Tem.

[No. 25214-1-III.   Division Three.   May 1, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. LYLE EUGENE JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-01047-1, Neal Q. Rielly, J., entered May 1, 2006. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Brown, J., and Kato, J. Pro Tem.

[No. 24558-6-III.   Division Three.   May 3, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIK HUGO ZETTERGREN, *Appellant*.

Appeal from a judgment of the Superior Court for Whitman County, No. 05-1-00042-7, David Frazier, J., entered September 30, 2005. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Kato, J. Pro Tem.